Ruth L. Macabee, Minor, by C. A. Macabee, et al., Appellees, v. Richard Miller, Trading as Richard Miller Amusement Devices, et al., Defendants. Richard Miller and Charles Miller, Appellants.

Gen. No. 42,390.

Heard in first division, first district, this court at October term, 1942; opinion filed October 26, 1942. Lord, Bissell & Kadyk, for appellants; Bruce S. Parkhill, of counsel; Irving G. Zazove, for appellees. Opinion by JUSTICE MCSURELY. ''Not to be published in full.''

L. J. Berc et al. v. Karolina Krzystoff et al. Frank Nedespiel, Appellee, v. James Karban and Company, Appellant.

Gen. No. 42,086.